1

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,      )    Case No.: 5:11-CR-00028-VAP
                                     )
            Plaintiff,               )    ORDER OF DETENTION PENDING
12                                   )    FURTHER REVOCATION
         v.                          )    PROCEEDINGS
13                                   )    (FED. R. CRIM. P. 32.1(a)(6); 18
     Alejandro Salome-Gonzalez       )    U.S.C. § 3143(a)(1))
14                                   )
            Defendant.               )
15   _____)

16        The defendant having been arrested in this District pursuant to a warrant

17   issued by the United States District Court for the __Central_____ District of

18   __California_____ for alleged violation(s) of the terms and conditions of probation

19   or supervised release; and

20        Having conducted a detention hearing pursuant to Federal Rule of Criminal

21   Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

22   A. (x)   The defendant has not met his/her burden of establishing by clear and

23            convincing evidence that he/she is not likely to flee if released under 18

24            U.S.C. § 3142(b) or (c).  This finding is based on the following:

25            (×)   information in the Pretrial Services Report and Recommendation

26            (×)   information in the violation petition and report(s)

27            (×)   the defendant's nonobjection to detention at this time

28            ( )   other: _____

                                   1

1   and/ or

2   B. (×)   The defendant has not met his/her burden of establishing by clear and

3   convincing evidence that he/she is not likely to pose a danger to the safety

4   of any other person or the community if released under 18 U.S.C.

5   § 3142(b) or (c).  This finding is based on the following:

6   (×)   information in the Pretrial Services Report and Recommendation

7   (×)   information in the violation petition and report(s)

8   (×)   the defendant's nonobjection to detention at this time

9   ( )   other: _____

10

11   IT THEREFORE IS ORDERED that the defendant be detained pending the further

12   revocation proceedings.

13

14   Dated:  03/15/2024

15   SHASHI H. KEWALRAMANI
    UNITED STATES MAGISTRATE JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28